1  PAUL L. REIN, Esq., (SBN 43053)
   JULIE OSTIL, Esq., (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:  510/832-4787

5  Attorneys for Plaintiffs
   EDWARD FORBES and MATTHEW FORBES, minors,
6  by JENNIFER FORBES as their *Guardian Ad Litem*

7

8                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
9

10

11  EDWARD FORBES and MATTHEW          No. 2:07-cv-01371-MCE-KJM
    FORBES, minors,                   Civil Rights
12  by JENNIFER FORBES as their
    *Guardian Ad Litem*,
13
         Plaintiffs,                  **ORDER GRANTING PETITION
14                                    FOR APPOINTMENT OF
    v.                                *GUARDIAN AD LITEM* FOR
15                                    MINORS EDWARD FORBES
    DR. CHESTER HSU, D.D.S.; RONALD   AND MATTHEW FORBES**
16  F. MYERS; and DOES 1-25, Inclusive,

17       Defendants.
                                           /
18

19       An *ex parte* petition having been made by JENNIFER FORBES,the natural

20  and legal mother of EDWARD FORBES and MATTHEW FORBES, each a minor,

21  for the appointment of a *Guardian Ad Litem* for the purpose of bringing an action in

22  the Court against the defendants for the injuries sustained by said minors, and it

23  appearing to this Court that said JENNIFER FORBES is fully competent to

24  understand and protect the rights of said minors, and that she has no interests adverse

25  to those of the minors;

26  ///

27  ///

28  ///

                                    -1-

Dockets.Justia.com

1    IT IS ORDERED that JENNIFER FORBES is hereby appointed *Guardian Ad*

2   *Litem* for EDWARD FORBES and MATTHEW FORBES, each a minor, for the

3   purpose of bringing an action against defendants for injuries and damages suffered

4   by said minors, and for injunctive relief under the Americans With Disabilities Act

5   of 1990, and under California state law, as stated in the accompanying Petition and

6   as alleged in the Complaint, with full authority to act as such *Guardian Ad Litem*.

7

8    IT IS SO ORDERED.

9

10   Dated: July 20, 2007

11                                          _____
                                           MORRISON C. ENGLAND, JR.
12                                         UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-