PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiffs
EDWARD FORBES and MATTHEW FORBES, MINORS,
by JENNIFER FORBES, as their *Guardian Ad Litem*

GAURAV KALRA, Esq. (SBN 219483)
VEDA COUNSEL
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 492-6088
Facsimile: (916) 525-2418

Attorney for Defendant
DR. CHESTER HSU, DDS,
dba THE SILVER STAR DENTAL PRACTICE

GEOFFREY O. EVERS, Esq. (SBN 140541)
EVERS LAW GROUP
A Professional Corporation
3415 America River Drive, Suite B
Sacramento, CA 95864
Telephone: (916) 974-3000
Facsimile: (916)974-7063

Attorney for Defendant
RONALD F. MYERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, MINORS, by JENNIFER FORBES, as their *Guardian Ad Litem*<br><br>Plaintiffs,<br><br>v.<br><br>DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE; RONALD F. MYERS; and DOES 1 through 10, Inclusive,<br><br>Defendants.<br>_____ / | CASE NO. CIV-S07-1371 MCE KJM<br><br>Civil Rights<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER JOINT STATUS REPORT DATE**<br><br>Judge: Hon. Morrison C. England<br>Place: U.S. District Court<br>       501 "I" Street<br>       Sacramento, CA |

**Stipulation to Continue Further Joint Status Report: Case No. 2:07-cv-1371 MCE-KJM**

— 1 —

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

c:\ifolder\mengland\home\to docket civil\07cv01371.so.0130.doc

**1**  The parties to this action, plaintiffs EDWARD FORBES and MATTHEW FORBES, MINORS, by JENNIFER FORBES, as their *Guardian Ad Litem*, defendants DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE, and RONALD F. MYERS, by and through counsel, hereby jointly stipulate and request that the Court grant a continuance of the scheduled Joint Status Report deadline based on the following good cause:

1. On July 11, 2007, plaintiffs filed this action seeking renovations to defendant's facilities at the Silver Star Dental Practice to improve disabled access, as well as seeking damages and attorney's fees, litigation expenses, and costs.

2. On October 15, 2007 the parties timely filed a Joint Status Report.

3. On November 29, 2007, based on plaintiffs' representation that they would be adding Caroline Myers as a named defendant, the Court ordered that the parties, including Caroline Myers, file a further Joint Status Report.

4. On January 14, 2008 plaintiffs timely filed their First Amended Complaint adding defendant Caroline Myers, but Caroline Myers has not yet been served because the First Amended Complaint is still out for service of process.

5. The Further Joint Status Report is scheduled for Monday, January 28, 2008, but the parties cannot file the Further Joint Status Report with Caroline Myers participating, until she has been served and has answered the First Amended Complaint. The parties hereby jointly request that the court grant a continuance of six weeks for filing the Further Joint Status Report.

///
///
///
///
///
///
///
///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Joint Status Report: Case No. 2:07-cv-1371 MCE-KJM**

– 2 –

c:\jfolder\mengland\home\to docket civil\07cv01371.so.0130.doc

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

2  That the Further Joint Status Report date be continued from January 28, 2008, to March

3  10, 2008.

7  SO STIPULATED:

8  Dated: January 28, 2008          PAUL L. REIN
                                    JULIE OSTIL
9                                   LAW OFFICES OF PAUL L. REIN

11                                  _____/s/ Julie Ostil_____
                                    Attorneys for Plaintiffs
12                                  EDWARD FORBES AND MATTHEW
                                    FORBES, MINORS, by JENNIFER FORBES,
13                                  as their *Guardian Ad Litem*

14  Dated: January __, 2008         GAURAV KALRA
                                    VEDA COUNSEL

17                                  _____
                                    Attorneys for Defendant
                                    DR. CHESTER HSU, DDS,
18                                  dba THE SILVER STAR DENTAL PRACTICE

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Joint Status Report: Case No. 2:07-cv-1371 MCE-KJM**

— 3 —

c:\jfolder\mengland\home\to docket civil\07cv01371.so.0130.doc

1  Dated: January __, 2008                    GEOFFREY O. EVERS
                                              EVERS LAW GROUP, A Professional Corporation

                                              _____
                                              Attorneys for Defendant
                                              RONALD F. MYERS

## ORDER

**IT IS SO ORDERED.**

The Further Joint Status Report date in this matter is continued to from January 28, 2008 to March 10, 2008.

DATED: January 30, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Joint Status Report: Case No. 2:07-cv-1371 MCE-KJM**

– 2 –

c:\ifolder\mengland\home\to docket civil\07cv01371.so.0130.doc