UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EDWARD FORBES, et al.,

       Plaintiffs,

  v.

DR. CHESTER HSU, et. al.,

       Defendants.

No. 2:07-cv-01371-MCE-KJM

MEMORANDUM AND ORDER

Geoffrey O. Evers, counsel for Defendants Caroline Myers and Ronald Myers, brings this Motion to Withdraw as Counsel. Defendants have submitted declarations that they consent to Mr. Evers' withdrawal and that they wish to proceed *in propria persona*. Accordingly, Mr. Evers' motion to withdraw is GRANTED.[1]

IT IS SO ORDERED.

Dated: August 18, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1