1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD FORBES and MATTHEW        No. 2:07-cv-01371 MCE-KJM
     FORBES, minors,
12   by JENNIFER FORBES, as their
     Guardian ad Litem,
13
              Plaintiffs,
14
          v.                          ORDER
15
     DR. CHESTER HSU, D.D.S.
16   dba SILVER STAR DENTAL
     PRACTICE; RONALD F. MYERS;
17   and CAROLINE MYERS,

18            Defendants.

19                       ----oo0oo----

20

21       Presently before the Court is Plaintiffs' Motion for

22   Approval of Proposed Minors' Claims in this lawsuit alleging

23   disability access violations in contravention of both the

24   Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.

25   § 12101 et seq., and California civil rights statutes.

26   ///

27   ///

28   ///

                              1

Plaintiffs Edward Forbes and Matthew Forbes are minors[1] represented in this action by their mother and Guardian ad Litem, Jennifer Forbes.  Both minors suffer from cerebral palsy, are physically disabled and require the use of wheelchairs for mobility.  Plaintiffs contend that Defendant Dr. Chester Hsu failed to provide equal access to his dentistry offices in violation of both Title II of the ADA and state law.  Plaintiffs further included Defendants Ronald and Caroline Myers as Defendants in this lawsuit given their ownership of the building in which Dr. Hsu's offices are located.

The settlement for which court approval is being sought consists of both injunctive relief (designed to remedy the access violations) and lump sum payments to both Plaintiffs from both Dr. Hsu ($16,000.00) and the Myers Defendants ($8,000.00).  The Motion states only that the funds will be collectively held in trust by Jennifer Forbes to provide for Plaintiffs' "therapies, a wheelchair accessible van, and/or their college educations." (Jennifer Forbes Decl., ¶ 5).

Plaintiffs' Motion does not separately apportion the settlement proceeds between Edward Forbes and Matthew Forbes, and further does not specify that the funds will be placed in a blocked account, not to be withdrawn until Plaintiffs reach eighteen years of age except as approved of this Court.

///

///

///

---

[1] Edward was born on October 4, 1996; Matthew's date of birth is August 11, 1997.

1   Given those deficiencies, Plaintiffs' Motion is denied, without

2   prejudice to renew their Motion once the above-described

3   deficiencies have been rectified.[2]

4       IT IS SO ORDERED.

5

 Dated: October 27, 2008

6

7

_____

8   MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27     [2] Because oral argument will not be of material assistance,
  the Court orders this matter submitted on the briefing.  E.D.
28   Local Rule 78-230(h).