PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiffs
EDWARD FORBES and MATTHEW FORBES, MINORS,
by JENNIFER FORBES, as their *Guardian Ad Litem*

GAURAV KALRA, Esq. (SBN 219483)
VEDA COUNSEL
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 492-6088
Facsimile: (916) 492-6087

Attorney for Defendant
DR. CHESTER HSU, DDS,
dba THE SILVER STAR DENTAL PRACTICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, MINORS, by JENNIFER FORBES, as their *Guardian Ad Litem* | CASE NO. 2:07-cv-01371 MCE KJM<br><br>Civil Rights |
| Plaintiffs, | **CONSENT DECREE AND ORDER** |
| v. | |
| DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE; RONALD F. MYERS; CAROLINE MYERS; and DOES 1 through 10, Inclusive, | |
| Defendants. | |

### CONSENT DECREE AND ORDER

1.   Plaintiffs EDWARD FORBES and MATTHEW FORBES, MINORS, by JENNIFER FORBES, as their Guardian Ad Litem, filed a Complaint in this action on July 10, 2007, to obtain recovery of damages for their discriminatory experiences, denial of access,

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and [Proposed] Order:
Case No. CIV-S07-1371 MCE KJM

1

PDF created with pdfFactory trial version www.pdffactory.com

1. and denial of their civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq., and California civil rights laws against Defendants, DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE; RONALD F. MYERS; CAROLINE MYERS; and DOES 1 through 10, inclusive, relating to the condition their public accommodations as of Plaintiffs' visit of January 1, 2002, and continuing.  Plaintiffs have alleged that Defendants violated Title III of the ADA and sections 51, 52, 54.1, 54.3 and 55 of the California Civil Code, and sections 19955 *et seq.,* of the California Health and Safety Code by failing to provide full and equal access to their facilities at the Silver Star Dental Practice, located at 601 McBean Park Drive, Lincoln, California.

2. Defendant DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE denies the allegations in the Complaint and by entering into this Consent Decree and Order does not admit liability to any of the allegations in Plaintiffs' Complaint filed in this action.  The parties hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation, and without the admission of any liability.

**JURISDICTION:**

3. The parties to this Consent Decree agree that the Court has jurisdiction of this matter pursuant to 28 USC §1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 USC 12101 *et seq*. and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code §19955 *et seq*., including §19959; Title 24 California Code of Regulations; and California Civil Code §§51; 52; 54; 54.1; §54.3; and 55.

4. In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree agree to entry of this Order to resolve all claims regarding injunctive relief raised in the Complaint filed with this Court.  Accordingly, they agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning Plaintiffs' claims for injunctive relief.

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and [Proposed] Order:**
**Case No. CIV-S07-1371 MCE KJM**

2

PDF created with pdfFactory trial version www.pdffactory.com

WHEREFORE, the parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF**:

5. This Order shall be a full, complete, and final disposition and settlement of Plaintiffs' claims against the signing Defendant for injunctive relief that have arisen out of the subject Complaint. The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

6. The parties agree and stipulate that within twelve months, the office in which Dr. Hsu practices will be fully compliant with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2 and Americans with Disabilities Act and will provide full and equal access to disabled persons per California Civil Code §54.1.

**DAMAGES:**

7. The parties have reached an agreement regarding Plaintiffs' claims for damages. The signing Defendant shall pay to plaintiffs the amount of $16,000 by way of a check made payable to "Jennifer Forbes in Trust for Edward and Matthew Forbes." Check shall be tendered within 30 days of Defendant's execution of this agreement, but will not be negotiated by plaintiff until and unless the Court grants approval of the settlement.

**ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS:**

8. The parties have not reached an agreement regarding Plaintiffs' claims for attorney fees, litigation expenses and costs. These issues shall be the subject of further negotiation, litigation, and/or motions to the Court. Plaintiffs will have 120 days from the court's approval of this Consent Decree to bring a motion for attorney fees, litigation expenses and costs.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and [Proposed] Order:
Case No. CIV-S07-1371 MCE KJM

3

PDF created with pdfFactory trial version www.pdffactory.com

**ENTIRE CONSENT ORDER**:

9. This Consent Decree and Order, which is incorporated herein by reference as if fully set forth in this document, constitutes the entire agreement between the signing parties on the matters of injunctive relief, and no other statement, promise, or agreement, either written or oral, made by any of the parties or agents of any of the parties, that is not contained in this written Consent Decree and Order, shall be enforceable regarding the matters described herein.

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST**:

10. This Consent Decree and Order shall be binding on Plaintiffs EDWARD FORBES and MATTHEW FORBES, MINORS, by JENNIFER FORBES, as their Guardian Ad Litem; Defendant DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE; and any successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY:**

11. Each of the parties to this Consent Decree understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them will incur, suffer, or experience some further loss or damage with respect to the Lawsuit which are unknown or unanticipated at the time this Consent Decree is signed. Except for all obligations required in this Consent Decree, the parties intend that this Consent Decree apply to all such further loss with respect to the Lawsuit, except those caused by the parties subsequent to the execution of this Consent Decree. Therefore, except for all obligations required in this Consent Decree, this Consent Decree shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree with respect to the Lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and [Proposed] Order:
Case No. CIV-S07-1371 MCE KJM

4

PDF created with pdfFactory trial version www.pdffactory.com

1  Section 1542 provides as follows:

2      A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE
3      CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE
4      TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST
5      HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

6  This waiver applies to the injunctive relief and damages aspects of this action <u>only</u> and does not
7  include resolution of Plaintiffs' claims for attorney fees, litigation expenses and costs.

8      12.    Except for all obligations required in this Consent Decree, and exclusive of the
9  referenced continuing claims for damages, statutory attorney fees, litigation expenses and costs,
10 each of the parties to this Consent Decree, on behalf of each, their respective agents,
11 representatives, predecessors, successors, heirs, partners and assigns, releases and forever
12 discharges each other Party and all officers, directors, shareholders, subsidiaries, joint
13 venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance
14 carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands,
15 actions, and causes of action of whatever kind or nature, presently known or unknown, arising
16 out of or in any way connected with the Lawsuit.

17

18 **<u>TERM OF THE CONSENT DECREE AND ORDER</u>**:

19     13.    This Consent Decree and Order shall be in full force and effect for a period of
20 twelve (12) months after the date of entry of this Consent Decree and Order, or until the
21 injunctive relief contemplated by this Order is completed, whichever occurs later.  The Court
22 shall retain jurisdiction of this action to enforce provisions of this Order for twelve (12) months
23 after the date of this Consent Decree, or until the injunctive relief contemplated by this Order is
24 completed, whichever occurs later. Neither plaintiffs nor counsel for Plaintiffs, Law Offices of
25 Paul L. Rein, or any subsequent office directed by counsel of record in this matter, will initiate
26 a lawsuit against Defendant Chester W. Hsu for claims related to state or federal law pertaining
27 to accesibility for any claims arising during the twelve months following approval of this
28 Consent Decree.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and [Proposed] Order:**
**Case No. CIV-S07-1371 MCE KJM**

5

PDF created with pdfFactory trial version www.pdffactory.com

**SEVERABILITY**:

14.     If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES**:

15.     Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order.  This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: August 27, 2008

      /s/ Jennifer Forbes
Plaintiff EDWARD FORBES and MATTHEW FORBES, MINORS, by JENNIFER FORBES, as their Guardian Ad Litem

Dated: August 27, 2008

      /s/ Dr. Chester Hsu
Defendant DR. CHESTER HSU, DDS, dba THE SILVER STAR DENTAL PRACTICE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and [Proposed] Order:**
**Case No. CIV-S07-1371 MCE KJM**

6

PDF created with pdfFactory trial version www.pdffactory.com

APPROVED AS TO FORM:

Dated: August 27, 2008                    PAUL L. REIN
                                          JULIE A. OSTIL
                                          LAW OFFICES OF PAUL L. REIN


                                          _____/s/ Julie Ostil_____
                                          Attorneys for Plaintiffs
                                          EDWARD FORBES and MATTHEW FORBES,
                                          MINORS, by JENNIFER FORBES, as their
                                          Guardian Ad Litem

Dated: August 27, 2008                    GAURAV KALRA
                                          VEDA COUNSEL


                                          _____/s/ Guarav Kalra_____
                                          Attorneys for Defendant
                                          DR. CHESTER HSU, DDS,
                                          dba THE SILVER STAR DENTAL PRACTICE


## **ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.**

DATED: June 8, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and [Proposed] Order:**
**Case No. CIV-S07-1371 MCE KJM**

7

PDF created with pdfFactory trial version www.pdffactory.com