PAUL L. REIN, Esq., (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
EDWARD FORBES and MATTHEW FORBES, minors,
by JENNIFER FORBES as their *Guardian Ad Litem*

GAURAV KALRA, Esq. (SBN 219483)
VEDA COUNSEL
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: 916/492-6088
Facsimile: 916/492-6087
gkalra@vedacounsel.com

Attorneys for Defendant
DR. CHESTER HSU, D.D.S. dba
SILVER STAR DENTAL PRACTICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*, <br><br> Plaintiffs, <br><br> v. <br><br> DR. CHESTER HSU, D.D.S. dba SILVER STAR DENTAL PRACTICE; RONALD F. MYERS; CAROLINE MYERS; and DOES 1-10, Inclusive, <br><br> Defendants. <br> _____/ | CASE NO. 2:07-CV-01371 MCE-KJM <br> Civil Rights <br><br> **STIPULATION AND ORDER TO CONTINUE DATE FOR FILING OF PLAINTIFFS' MOTION FOR ATTORNEY FEES, LITIGATION EXPENSES AND COSTS** |

Plaintiffs EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*, and defendant Dr. Chester

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR
PLAINTIFFS' MOTION FOR ATTORNEY FEES
CASE NO. 2:07-CV-01371 MCE-KJM      -1-     C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0821.wpd

1  Hsu, D.D.S. dba Silver Star Dental Practice, submit the following stipulation.

2        In that the parties are negotiating possible settlement of the attorney
3  fees issue, in recognition that the other two defendants, property owners Ronald
4  F. Myers and Caroline (Bigelow) Myers, have recently filed notices of their filing
5  of bankruptcies, which stays the proceedings of this lawsuit as to these two
6  defendants, and in that plaintiffs cannot proceed to recover the agreed damages
7  and any statutory attorney fees against these defendants, plaintiffs and defendant
8  Dr. Hsu respectfully stipulate and request that the Court extend the date for
9  plaintiffs to file their motion for attorney fees, litigation expenses and costs -
10 currently set for August 27, 2009 - for three weeks, to September 17, 2009, to
11 allow these parties to attempt to resolve the attorney fees issue cooperatively
12 without the necessity for a motion to the Court.

15 Dated: August 17, 2009              Respectfully submitted,
16                                     LAW OFFICES OF PAUL L. REIN

18                                     _____/s/_____
19                                     By PAUL L. REIN
                                       Attorneys for Plaintiffs
20                                     EDWARD FORBES and MATTHEW
                                       FORBES, minors, by JENNIFER FORBES
                                       as their *Guardian Ad Litem*

23 Dated: August 18, 2009              VEDA COUNSEL

25                                     _____/s/_____
26                                     By GAURAV KALRA
                                       Attorney for Defendant
27                                     DR. CHESTER HSU, D.D.S. dba SILVER
                                       STAR DENTAL PRACTICE

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR
PLAINTIFFS' MOTION FOR ATTORNEY FEES
CASE NO. 2:07-CV-01371 MCE-KJM    -2-    C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0821.wpd

1    The parties' stipulation to continue the date for the filing of
2 plaintiffs' motion for attorney fees, litigation expenses and costs to September 17,
3 2009 is hereby granted.
4    IT IS SO ORDERED.
5  Dated:  August 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR
PLAINTIFFS' MOTION FOR ATTORNEY FEES
CASE NO. 2:07-CV-01371 MCE-KJM        -3-        C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0821.wpd