PAUL L. REIN, Esq., (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
EDWARD FORBES and MATTHEW FORBES, minors,
by JENNIFER FORBES as their *Guardian Ad Litem*

GAURAV KALRA, Esq. (SBN 219483)
VEDA COUNSEL
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: 916/492-6088
Facsimile: 916/492-6087
gkalra@vedacounsel.com

Attorneys for Defendant
DR. CHESTER HSU, D.D.S. dba
SILVER STAR DENTAL PRACTICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*,<br><br>        Plaintiffs,<br><br>v.<br><br>DR. CHESTER HSU, D.D.S. dba SILVER STAR DENTAL PRACTICE; RONALD F. MYERS; CAROLINE MYERS; and DOES 1-10, Inclusive,<br><br>        Defendants.<br>_____/ | CASE NO. 2:07-CV-01371 MCE-KJM<br>Civil Rights<br><br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR FILING OF PLAINTIFFS' MOTION FOR ATTORNEY FEES, LITIGATION EXPENSES AND COSTS** |

        Plaintiffs EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*, and defendant Dr. Chester

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DATE FOR PLAINTIFFS' MOTION FOR ATTORNEY FEES
CASE NO. 2:07-CV-01371 MCE-KJM        -1-        C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0921.wpd

1  Hsu, D.D.S. dba Silver Star Dental Practice, submit the following stipulation.

2  1.  On August 21, 2009, the Court extended to September 17, 2009 the
3      deadline for plaintiffs to submit their attorneys fees motion.
4  2.  Plaintiffs and defendant Dr. Chester Hsu have been working cooperatively
5      toward settlement of attorneys fees in this case, but the two defendant
6      owners of the property which has been the subject of this lawsuit, Ronald F.
7      Myers and Caroline (Bigelow) Myers, have recently both filed for
8      bankruptcy, which has stayed the proceedings of this lawsuit as to these
9      two defendants, and plaintiffs cannot proceed to recover any of the
10     damages agreed to in the Consent Decree but not paid, nor any statutory
11     attorney fees against these defendants.
12 3.  Defendant Dr. Hsu has moved his dental practice to an accessible location,
13     as agreed to in the Consent Decree, and has therefore complied with his
14     portion of the injunctive relief.
15 4.  The two Consent Decrees previously approved by the Court were entered
16     by the parties) after settlement conferences presided over by Magistrate
17     Judge Kimberly Mueller.  Judge Mueller offered, at the time of these partial
18     settlements, to make herself available for a further settlement conference
19     should the parties require or request one.
20 5.  The parties hereby jointly request that the Court refer the matter to Judge
21     Mueller for a further settlement conference, and that the deadline for filing
22     plaintiffs' attorneys fees motion be set for 20 days after such settlement
23     conference or 60 days from the present September 17th deadline, whichever
24     is later, to allow these parties to attempt to resolve the attorney fees issue
25     cooperatively without the necessity for a motion to the Court.
26 //
27 //
28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DATE FOR PLAINTIFFS' MOTION FOR ATTORNEY FEES
CASE NO. 2:07-CV-01371 MCE-KJM         -2-         C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0921.wpd

Dated: September __, 2009                Respectfully submitted,

                                         LAW OFFICES OF PAUL L. REIN

                                         _____
                                         By PAUL L. REIN
                                         Attorneys for Plaintiffs
                                         EDWARD FORBES and MATTHEW
                                         FORBES, minors, by JENNIFER FORBES
                                         as their *Guardian Ad Litem*

Dated: September __, 2009                VEDA COUNSEL

                                         _____
                                         By GAURAV KALRA
                                         Attorney for Defendant
                                         DR. CHESTER HSU, D.D.S. dba SILVER
                                         STAR DENTAL PRACTICE

## ORDER

Pursuant to the parties' request, this matter is referred to Magistrate Judge Kimberly Mueller for a further settlement conference. Further, the parties' stipulation to continue the date for the filing of plaintiffs' motion for attorney fees, litigation expenses and costs from September 17, 2009 to November 16, 2009, or to a date 20 days after the settlement conference with Judge Mueller, whichever date is later, is hereby granted.

IT IS SO ORDERED.

Dated: September 21, 2009

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DATE FOR PLAINTIFFS' MOTION FOR ATTORNEY FEES
CASE NO. 2:07-CV-01371 MCE-KJM                -3-                C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0921.wpd