PAUL L. REIN, Esq., (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
EDWARD FORBES and MATTHEW FORBES, minors,
by JENNIFER FORBES as their *Guardian Ad Litem*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*,<br><br>Plaintiffs,<br><br>v.<br><br>DR. CHESTER HSU, D.D.S. dba SILVER STAR DENTAL PRACTICE; RONALD F. MYERS; CAROLINE MYERS; and DOES 1-10, Inclusive,<br><br>Defendants._____/ | CASE NO. 2:07-CV-01371 MCE-KJM<br><u>Civil Rights</u><br><br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiffs, EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*, and Defendant, DR. CHESTER HSU, D.D.S. dba SILVER STAR DENTAL PRACTICE, through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

//

//

//

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATED DISMISSAL
CASE NO. 2:07-CV-01371 MCE-KJM                -1-                C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0818.wpd

| | | |
|---|---|---|
| 1 | Dated: August 11, 2010 | Respectfully submitted, |
| 2 | | LAW OFFICES OF PAUL L. REIN |
| 4 | | _____/s/ Paul L. Rein_____ |
| 5 | | By PAUL L. REIN<br>Attorneys for Plaintiffs |
| 6 | | EDWARD FORBES and MATTHEW<br>FORBES, minors, by JENNIFER FORBES |
| 7 | | as their *Guardian Ad Litem* |
| 9 | Dated: August 11, 2010 | VEDA COUNSEL |
| 11 | | _____/s/ Guarav Kalra_____ |
| 12 | | By GAURAV KALRA<br>Attorney for Defendant |
| 13 | | DR. CHESTER HSU, D.D.S. dba SILVER<br>STAR DENTAL PRACTICE |

### ORDER

Pursuant to the parties' request, and for good cause shown, this matter is hereby dismissed WITH prejudice. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: August 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATED DISMISSAL
CASE NO. 2:07-CV-01371 MCE-KJM     -2-     C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1371.stip.0818.wpd